The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 23, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: April 23, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | ) CHAPTER 13 |
| | ) CASE NO. 18-15350 |
| Mary Russell | ) |
| | ) JUDGE ARTHUR I. HARRIS |
| | ) |
| | ) **ORDER GRANTING MOTION TO SELL** |
| Debtor(s) | ) **REAL ESTATE** |
| | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This cause came on to be considered upon the Debtor's Motion to Sell Real Estate scheduled for hearing on April 18, 2019.

The Court finds the Debtor has alleged that good cause exists for granting the Motion; Creditors, the Trustee, and all other necessary parties were served with the Motion and Notice of hearing date; no party has filed an objection; and it appears appropriate to grant the relief requested.

It is **ORDERED**, that the Motion is granted and Debtor is permitted to sell her interest in the real estate located at 14618 Strathmore Avenue, East Cleveland, OH 44112 pursuant to the purchase agreement attached to the Motion.

IT IS SO ORDERED.

###

Submitted By:

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
Rauser & Associates
Attorney for Debtors
614 W. Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216) 263-6200

## CERTIFICATE OF SERVICE

Alexander V. Sarady, on behalf of Debtors, at asarady@ohiolegalclinic.com

Lauren A. Helbling, on behalf of the Trustee, at ch13trustee@ch13cleve.com

Mary Russell, Debtor at 12725 Iroquois Avenue, Cleveland, OH 44108

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
Rauser and Associates
Attorney for Debtor
614 W. Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216) 263-6200