```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                      Case No. 18-15350-aih
Mary Russell                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: mgaug              Page 1 of 1         Date Rcvd: Apr 23, 2019
                              Form ID: pdf967          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db             +Mary Russell,    12725 Iroquois Avenue,    Cleveland, OH 44108-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Apr 23 2019 23:14:02     Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2019 23:11:54
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
              Alexander V. Sarady    on behalf of Debtor Mary  Russell asarady@ohiolegalclinic.com,
               rauser@bestclientinc.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;rauserlaw@g
               mail.com;cle13ecf@gmail.com;rauserecfmail@gmail.com;chapter13cle@gmail.com;rauserandassociates@gm
               ail.com;AuteroBR51159
              Lauren A. Helbling    ch13trustee@ch13cleve.com,  lhelbling13@ecf.epiqsystems.com
              Melissa L. Resar    on behalf of Debtor Mary  Russell mresar@ohiolegalclinic.com,
               rauser@bestclientinc.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;rauserlaw@g
               mail.com;cle13ecf@gmail.com;rauserecfmail@gmail.com;chapter13cle@gmail.com;rauserandassociates@gm
               ail.com
                                                                                             TOTAL: 3

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 23, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: April 23, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | ) CHAPTER 13 |
| | ) CASE NO. 18-15350 |
| Mary Russell | ) |
| | ) JUDGE ARTHUR I. HARRIS |
| | ) |
| | ) **ORDER GRANTING MOTION TO SELL** |
| Debtor(s) | ) **REAL ESTATE** |
| | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This cause came on to be considered upon the Debtor's Motion to Sell Real Estate scheduled for hearing on April 18, 2019.

The Court finds the Debtor has alleged that good cause exists for granting the Motion; Creditors, the Trustee, and all other necessary parties were served with the Motion and Notice of hearing date; no party has filed an objection; and it appears appropriate to grant the relief requested.

It is **ORDERED**, that the Motion is granted and Debtor is permitted to sell her interest in the real estate located at 14618 Strathmore Avenue, East Cleveland, OH 44112 pursuant to the purchase agreement attached to the Motion.

IT IS SO ORDERED.

###

Submitted By:

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
Rauser & Associates
Attorney for Debtors
614 W. Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216) 263-6200

**CERTIFICATE OF SERVICE**

Alexander V. Sarady, on behalf of Debtors, at asarady@ohiolegalclinic.com

Lauren A. Helbling, on behalf of the Trustee, at ch13trustee@ch13cleve.com

Mary Russell, Debtor at 12725 Iroquois Avenue, Cleveland, OH 44108

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
Rauser and Associates
Attorney for Debtor
614 W. Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216) 263-6200